**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Juan C Avila         JOINT DEBTOR: Aida Yesenia Avila      CASE NO.: 14-31926-RAM
Last Four Digits of SS# __8054__         Last Four Digits of SS# __4124__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $__149.89__ for months __1__ to __60__;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $__3,500.00__ + 150.00 Costs = $3,650.00  TOTAL PAID $__1,500.00__
                Balance Due    $__2,150.00__ payable $__117.78__/month (Months __1__ to __18__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment  $_____/month (Months _____ to _____)
        _____   Regular Payment  $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____   Total Due $_____
                     Payable    $_____/month (Months __1__ to __60__)

Unsecured Creditors: Pay $17.12/month (Months __1__ to __18__) Pay $134.89/month (Months __19__ to __60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Chase (H/S1st Mtg) and Catholic Cemeteries-Archdiocese of Miami are current and being paid outside the chapter 13 plan.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

__/s/ Juan C Avila__                                         __/s/ Aida Yesenia Avila__
Debtor                                                       Co-Debtor

Date: 09/30/2014                                             Date: 09/30/2014

LF-31 (rev. 01/08/10)