**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ____1st____  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Juan C Avila           JOINT DEBTOR: Aida Yesenia Avila      CASE NO.: 14-31926 RAM
Last Four Digits of SS# 8054   Last Four Digits of SS# 4124

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ __149.89__ for months __1__ to __60__;
B.  $_____ for months _____ to _____;
C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,500.00 + 150.00 Costs = $3,650.00__  TOTAL PAID $ __1,500.00__
Balance Due    $ __2,150.00__ payable $ __119.44__/month (Months __1__ to __18__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment       $_____/month (Months _____ to _____)
_____   Regular Payment       $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____  Total Due  $_____
Payable   $_____/month (Months __1__ to __60__)

Unsecured Creditors: Pay $15.52/month (Months 1 to 18) Pay $134.89/month (Months 19 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Chase (H/S1st Mtg) and Catholic Cemeteries-Archdiocese of Miami are current and being paid outside the chapter 13 plan.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

____/s/ Juan C Avila_____           ____/s/ Aida Yesenia Avila_____
Debtor                                  Co-Debtor

Date: 12/17/2014                        Date: 12/17/2014

LF-31 (rev. 01/08/10)