RE: Juan C. + Aida Y. Avila    ☐ PRO SE    Case # 14-31926 RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION**

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

__ Tax returns: 2011 2012 2013  Corp 2011 2012 2013
__ Bank Account Statements ☐ 3 months pre-petition
_____
_____
_____
_____
__ FMV(NADA/Carmax), Reg and Payoff : Vehicles
_____
__ FMV and Payoff : Real Estate
_____
__ Non homestead Information Sheet
__ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
__ BDQ & attachments
__ Profit and loss and Balance Sheet
__ Bank statements and all checks _____ months
_____

__ Fee application (see court guideline 6)
__ Income understated ____ stubs ____ taxes
__ co-debtor ____ stubs ____ taxes
__ Spouse's pay advices/spouse's wages not disclosed
__ Proof of household size (government ID w/ address) and income of all adults
__ Best effort < 36 months < 60 months
__ Expenses objectionable: Sch J ☐ Provide Proof
    Over Median
__ D/I  > 100%   < 90%   Feasibility
__ Info on transfer SOFA #3 #10 undisclosed
__ Tolling Agreement(s)

__ ☐ Photo ID(s)  ☐ LF 90  ☐ LF67  ☐ LF10
__ Domestic Support Info: name address and phone
__ Affidavits of ____ support ____ rent
__ Missing ☐ 2016(B) ☐ Other _____
__ Other provisions ☐ IVL ☐ 100% ☐ lawsuit ☐ lease
             ☐ gambling ☐ HAMP ☐ LMM
__ Plan does not fund
             'improper months 1
__ Valuation motion   ☐ not filed   ☐ not resolved
__ LMM motion       ☐ not filed
__ Reaffirm, redeem or surrender Sch D & G creditor
__ Creditor on plan not listed in Schedules or filed POC
_____
__ Object or Conform to Proof of Claim
    __ Miami-Dade County  __ Tax Certificate(DE#___)
    __ Dept of Revenue      __ IRS
_____
_____

__ **Objection to Exemption (specifics to be filed)**
    To be heard with confirmation at 1:30 pm
__ Ch 7 s/b _____ plus tax refund / valuations
__ Good faith to unsecured
__ Expenses: documentation/calculation: CMI line
_____
_____
__ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $____
__ Undervalued collateral should be crammed down

Other:_____
_____
_____

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

*IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.*
*The debtor or debtor's attorney must appear at the confirmation hearing*
***The Trustee's recommendation for the confirmation hearing on __January 13, 2015__ is as follows:
Confirm 1AP

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402