**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Juan C Avila__        JOINT DEBTOR: __Aida Yesenia Avila__    CASE NO.: __14-31926 RAM__
Last Four Digits of SS# __8054__        Last Four Digits of SS# __4124__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $__149.89__ for months __1__ to __60__;
- B. $_____ for months ____ to ____;
- C. $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $__3,500.00 + 150.00 Costs = $3,650.00__  TOTAL PAID $ __1,500.00__
Balance Due   $ __2,150.00__ payable $ __119.44__ /month (Months __1__ to __18__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment     $_____/month (Months ____ to ____)
           _____    Regular Payment     $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due $_____
                Payable    $_____/month (Months __1__ to __60__)

Unsecured Creditors: Pay $__15.52__/month (Months __1__ to __18__) Pay $__134.89__/month (Months __19__ to __60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Chase (H/S1st Mtg) and Catholic Cemeteries-Archdiocese of Miami are being paid outside the chapter 13 plan.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

__/s/ Juan C Avila__                __/s/ Aida Yesenia Avila__
Debtor                               Co-Debtor

Date: __1/20/15__                    Date: __1/20/15__

LF-31 (rev. 01/08/10)