

ORDERED in the Southern District of Florida on September 26, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                             CASE NO.: 14-31926-BKC-RAM
Juan C. Avila                                                      CHAPTER 13
Aida Yesenia Avila
                  Debtor(s) /

### ORDER SUSTAINING OBJECTION TO CLAIM #8-1 JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (DE#35)

THIS CASE came on to be heard on September 20, 2016 on the Debtors' Objection to Claim #8-1 filed by JPMorgan Chase Bank, National Association (ECF #35), and based upon the record, it is:

**ORDERED** as follows:

1. The Debtors' Objection to Claim #8-1 is **SUSTAINED.**

2. That Claim #8-1 is **ALLOWED**, but shall **NOT** receive any payments from the Chapter 13 Trustee, as this claim is being paid outside the Chapter 13 plan.

(###)

Submitted By:
**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855
    /s/  (FILED CM/ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992
Patrick L. Cordero, Esquire is directed to furnish a conformed copy of this order to all interested parties.